# Exhibit A

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

**GENERAL JURISDICTION DIVISION**

CASE No.: _____

MICHAEL DEWING,

      Plaintiff,

vs.

**KEY LARGO HOSPITALITY GROUP, LLC
d/b/a PLAYA LARGO RESORT & SPA KEY LARGO FL,**

      Defendant.

_____/

## COMPLAINT

The Plaintiff, Michael Dewing (hereinafter "Plaintiff"), by and through the undersigned counsel, hereby sues Defendant, Key Largo Hospitality Group, LLC d/b/a Playa Largo Resort & Spa Key Largo, FL (hereinafter "Defendant" or "employer"), and in support avers as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000), exclusive of attorney's fees, interest and costs; and therefore, this action is within the jurisdiction of this Court.

2. Plaintiff is a male, he was and continues to be, a resident of Broward County, Florida; and was an employee of Defendant, performing duties as a qualified personnel for the Defendant, within a company operated business facility, located in South, Florida.

3. Defendant, is a for-profit corporation, duly authorized to conduct business in the State of Florida.

4. Defendant is an "employer" pursuant to Florida Civil Rights Act of 1992, Fla. *Stat. Section 760.01, et seq.,* (hereinafter referred to as "FCRA") since it employs fifteen or more employees for the applicable statutory period; and thus, it is subject to the employment discrimination provisions of the applicable statute, the FCRA.

5. Defendant is a "person" within the purview of the Florida Civil Rights Act of 1992, Fla *Stat. Section 760.01, et seq.*

6. Venue is proper in Broward County, Florida, pursuant to Fla. Stat. Section 47.011, because all of the actions complained of herein occurred within the jurisdiction of the Seventeenth Judicial Circuit, In and for Broward County, Florida.

7. Plaintiff timely filed a charge of employment discrimination with the Equal Employment Opportunity Commission, the agency which is responsible for investigating claims of employment discrimination.

8. Pursuant to Florida Statute Section 760.11 (1), for all charges of discrimination filed after June 8, 2001, the filing of a discrimination charge with the Equal Employment Opportunity Commission or with a local fair employment practices agency, vest the Florida Commission On Human Relations with jurisdiction with respect to that charge.

9. All conditions precedent for the filing of this action before this Court have indeed been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## **FACTUAL ALLEGATIONS**

10. Plaintiff was discriminated against by Defendant employer based on his age.

11. Plaintiff during the relevant time period was a 56 year old male who applied for a Banquet Chef Position to work for the Defendant on or about October 4, 2018.

12. Throughout Plaintiff's application process for the Banquet Chef Position, Plaintiff's had the requisite skill, competence and experience for the position applied for with Defendant.

13. Plaintiff experienced discrimination due to his age.

14. Plaintiff, during the application/interview process with Defendant was a victim of blatant, willful and unlawful discrimination based upon his age.

15. As a direct and proximate result of Defendant, and each of their, discriminatory actions as alleged herein, Plaintiff has suffered, and continues to suffer damages, the exact amount of which will be proven at trial.

16. As a proximate result of Defendant's actions, Plaintiff has suffered, and continues to suffer severe and lasting humiliation, embarrassment, mental anguish, and other incidental and consequential damages and expenses, which all caused Plaintiff damage in an amount according to proof at trial.

## COUNT I.

## DISCRIMINATION BASED ON PLAINTIFF'S PROTECTED CLASS IN VIOLATION OF THE FCRA

17. The foregoing facts are incorporated herein.

18. The applicable statute, FCRA, prohibits an employer from making employment decisions, or from taking any personnel action, affecting the terms, conditions and privileges of one's employment, based upon age considerations, or age-based reasons.

19. The Plaintiff, possessed the requisite qualifications and skills to perform the position for the Defendant employer.

20. The Plaintiff was subjected to disparate treatment in the work place, in that a similarly situated employee applicant was allowed opportunities not given to Plaintiff due to Plaintiff's legally protected category.

21. As a direct and proximate result of the Defendant's unlawful acts, Plaintiff has suffered great and irreparable economic harm and other associated losses.

22. Moreover, as a further result of the Defendant's unlawful discriminatory-based conduct, the Plaintiff has been compelled to file this action and Plaintiff has incurred the costs of litigation.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court enter judgment against the Defendant; find that the Defendant indeed violated the FCRA, and in addition, order the following additional relief:

A. Award the Plaintiff actual damages, including appropriate amounts of back pay, front pay, and lost benefits; and

B. Award Plaintiff as to this count prejudgment interest; and

C. Award Plaintiff damages for the amount of the costs of litigation and filing including attorney's fees; and

D. Grant such other and further equitable relief as this court deems equitable and just and/or available pursuant to Federal Law including punitive damages.

E. Plaintiff demands a trial by jury.

Dated this 14th day of June, 2020

                Respectfully submitted,

                **REMER & GEORGES-PIERRE, PLLC**
                COURTHOUSE TOWER
                44 West Flagler Street, Suite 2200
                Miami, Florida 33130
                Tel. (305) 416-5000
                E-Mail: agp@rgpattorneys.com

                By: *Anthony M. Georges-Pierre*
                Anthony M. Georges-Pierre, Esq.
                Florida Bar Number: 0533637

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT, IN AND FOR BROWARD COUNTY, FLORIDA

**GENERAL JURISDICTION DIVISION**

CASE No.: _____

**MICHAEL DEWING,**

      Plaintiff,

vs.

**KEY LARGO HOSPITALITY GROUP, LLC d/b/a PLAYA LARGO RESORT & SPA KEY LARGO FL,**

      Defendant.

_____/

**SUMMONS IN A CIVIL CASE**

TO:     **Steven B. Greenfield, Esq.**
**Registered Agent for** Key Largo Hospitality Group, LLC d/b/a Playa Largo Resort & Spa Key Largo, FL
6111 Broken Sound Parkway NW, Suite 350
**Boca Raton, FL 33487**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Anthony M. Georges-Pierre, Esq.

**REMER & GEORGES-PIERRE, PLLC**
**COURTHOUSE TOWER**
**44 West Flagler Street, Suite 2200**
**Miami, FL 33130**

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                   DATE

_____
(BY) DEPUTY CLERK